**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
MAR 11 2021
AT_____ O'CLOCK_____
John M. Domurad, Clerk - Albany

| | | |
|---|---|---|
| Jonathan Zeccoladi  Plaintiff(s) | ) ) ) | Civil Case No.: 1:21 CV 280 (MAD/CFH) |
| vs. | ) ) | CIVIL |
| CIS ombudsman  Defendant(s) | ) ) ) | RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. § 1983 |

Plaintiff(s) demand(s) a trial by: ____ JURY   X   COURT   (Select **only** one).

Plaintiff(s) in the above-captioned action, allege(s) as follows:

## JURISDICTION

1. This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution of the United States. This action is brought pursuant to 42 U.S.C. § 1983. The Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1343(3) and (4) and 2201.

## PARTIES

2. Plaintiff: Jonathan Zeccoladi
   Address: 328 Manning Blvd.
   Albany NY 12206

   Additional Plaintiffs may be added on a separate sheet of paper.

3. a. Defendant: _____
      Official Position: _____
      Address: _____

b.   Defendant: _CIS ombudsman_

Official Position: _Homeland Security_

Address: _____

c.   Defendant: _____

Official Position: _____

Address: _____

Additional Defendants may be added on a separate sheet of paper.

4.                               **FACTS**

Set forth the facts of your case which substantiate your claim of violation of your civil and/or Constitutional rights. List the events in the order they happened, naming defendants involved, dates and places.

**Note: You must include allegations of wrongful conduct as to EACH and EVERY defendant in your complaint.** (You may use additional sheets as necessary).

The events that happened before this happened in approximately 1992 obviously weren't me making the decisions to be targeted so the wrong doing is commiting the Cyber Crime.

5.                          **CAUSES OF ACTION**

**Note: You must clearly state each cause of action you assert in this lawsuit.**

### FIRST CAUSE OF ACTION

touched by cyber crime, telemetry

### SECOND CAUSE OF ACTION

Fehrnchels voices are the involvement

### THIRD CAUSE OF ACTION

not knowing what there was

6. **PRAYER FOR RELIEF**

**WHEREFORE,** plaintiff(s) request(s) that this Court grant the following relief:

Remove the barrier United States Military targeted me with

I declare under penalty of perjury that the foregoing is true and correct.

DATED: 3/11/21

_____
Signature of Plaintiff(s)
(all Plaintiffs must sign)

02/2010